UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
      :
DOMINGO PASCUAL, *on behalf of himself and all others* :
*similarly situated*,      :
      :
                                Plaintiff,      :      21 Civ. 5771 (JPC)
      :
            -v-      :      ORDER
      :
MCCLURE'S PICKLES L.L.C.,      :
      :
                            Defendant.      :
      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff Domingo Pascual filed the Complaint in this action on July 6, 2021. Dkt. 1. The Court granted Defendant's motion requesting an extension of time until October 15, 2021, to file its answer. Dkt. 8. Yet Defendant still has not filed its answer. By December 1, 2021, Plaintiff shall file a letter updating the Court on the status of this case and giving Plaintiff's view on whether moving for default judgment is appropriate.

      SO ORDERED.

Dated: November 23, 2021           _____
      New York, New York           JOHN P. CRONAN
                                                               United States District Judge